UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

ASHLEY HORTON                                    Case no.: 09-11843

Debtor.

## OBJECTION TO FILED CLAIM

COME NOW THE DEBTOR, by and through her undersigned counsel, and objects to the following claim being paid:

1. ECF Claim No. 1

    Chase Home Finance                           $6,420.61
    3415 Vision Dr.
    Dept 0H4-7142
    Columbus, OH 43219

2. Relief from stay has been granted on the above listed claim.
3. This claim should be disallowed.

---

## NOTICE OF OPPORTUNITY TO
## OBJECT AND FOR HEARING

Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within **20** days from the date of service of this paper. If you object to the relief requested in this paper, you must file your **written** objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis St., Mobile, Alabama 36602, and serve a copy on the movant's attorney, Frank L. Thiemonge, III, 808 Downtowner Blvd, Ste I, Mobile, AL 36609, phone (251) 460-4004.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief required.

---

**WHEREFORE**, your petitioner respectfully requests this Court deny the claim or reduce the claim as may be appropriate and for such other and different relief as the petitioner may be entitled, the premises considered.

Respectfully submitted,

/s/ Frank L. Thiemonge, III
Frank L. Thiemonge, III
Attorney for Debtor
808 Downtowner Blvd, Ste I
Mobile, AL 36609
(251) 460-4004

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 27th day of July, 2010, served a true and correct copy of the foregoing by electronic notification and/or by placing same in the United States Mail, first class prepaid postage to the following:

Chase Home Finance
3415 Vision Dr.
Dept 0H4-7142
Columbus, OH 43219

/s/ Frank L. Thiemonge, III
Frank L. Thiemonge, III